UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br>   Plaintiff,<br>  v.<br>B. D. PHILLIPS, et al.,<br>   Defendants. | Case No. 23-cv-03261-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner incarcerated at the California Substance Abuse Treatment Facility ("CSATF"), has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 and an *in forma pauperis* application. This matter has been assigned to the undersigned Magistrate Judge. Dkt. 4.

The acts complained of occurred at CSATF in Corcoran, California which is located in the Eastern District of California, and it appears that defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: July 13, 2023

              _____
              DONNA M. RYU
              Chief Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).