# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS, | Case No. 1:23-cv-01051 JLT SAB (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| BYAN D. PHILLIPS, et al., | (Doc. 19) |
| Defendants. | |

On June 5, 2024, the Court ordered Plaintiff to pay the filing fee in full within 30 days. (Doc. 19.) However, the order was returned as undeliverable, and the filing fee remains unpaid in this action.[1] Without payment of the filing fee, the action cannot proceed at this time. Thus, the Court **ORDERS**:

1. The action is **DISMISSED** without prejudice for failure to pay the filing fee.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 20, 2024**

UNITED STATES DISTRICT JUDGE

---

[1] The U.S. Postal Service returned the Order as "Undeliverable, Refused, RTS" on June 17, 2024. A notice of change of address was due within 63 days, or no later than August 19, 2024. *See* Local Rule 183(b). Regardless, service at the only known address is deemed fully effective absent a notice of change of address. *See* Local Rule 182(f).